IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Greensboro Division
Case No. 1:17-cv-111-WO-JEP

| | | |
|---|---|---|
| **Lloyd Bell, individually and as Executor of the Estate of Betty Whitley Bell, Deceased,** | § | |
| **Plaintiff,** | § | **[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' MOTION TO COMPEL PRODUCTION OF TANGIBLE THINGS AND DOCUMENTS AND ANSWERS TO INTERROGATORIES** |
| **v.** | § | |
| **American International Industries, Inc., et al.,** | § | |
| **Defendants.** | § | |
| **American International Industries, Inc.,** | § | |
| **Third-Party Plaintiff,** | § | |
| **v.** | § | |
| **Neslemur Company f/k/a The Nestle-Lemur Company,** | § | |
| **Third-Party Defendant.** | § | |

After considering Defendant American International Industries' motion to compel and the response, and after a hearing, the Court

**GRANTS** the Motion and ORDERS as follows:

_____ Plaintiff is ordered to fully answer Interrogatory No. 20 without relying on reference to non-specific deposition testimony.

_____ Pursuant to Requests for Production No. 11-12, Plaintiff is ordered to execute authorizations allowing for the release of income tax returns from the IRS for Lloyd Bell and Betty Bell,

_____ For Request for Production No. 13, Plaintiff's objection in his supplemental response relating to the talcum container is stricken,

_____ For Request for Production No. 15, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 16, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 17, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive

documentation,

_____ For Request for Production No. 18, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 19, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 20, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 21, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 22, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 23, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 24, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 25, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 26, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 27, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 28, Plaintiff's

objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 29, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 30, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 31, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 32, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 33, Plaintiff's objections are all stricken and Plaintiff is ordered to fully

respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 34, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation,

_____ For Request for Production No. 56, Plaintiff's objections are all stricken and Plaintiff is ordered to fully respond to the Request, producing all responsive documentation, including all talc samples tested by Plaintiff's experts such as the AII retains, the Italian talc samples, and all associated documents with any such tests,

_____ For Request for Production No. 58, Plaintiff's objections in his supplemental response are stricken and Plaintiff is ordered to fully respond to the Request, producing the Clubman talc container found at Bell's home at Plaintiff's expert's deposition for inspection by AII and its experts,

_____ For Request for Production No. 59, Plaintiff's objections in his supplemental response are stricken and Plaintiff is ordered to fully respond to the Request,

including producing a full chain of custody for the container from the time of its original discovery,

_____ For Request for Production No. 58, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing the Clubman talc container found at Bell's home at Plaintiff's expert's deposition for inspection by AII and its experts,

_____ For Request for Production No. 64, Plaintiff's objections in his supplemental response are stricken,

_____ For Request for Production No. 98, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including all litigation documents from claims involving allegations of asbestos and or asbestos-containing products/materials within the Fiber Industries plant where Betty Bell and Lloyd Bell were employed,

_____ For Request for Production No. 99, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including all documents from claims involving allegations of asbestos and or asbestos-containing

products/materials within the Fiber Industries plant where Betty Bell and Lloyd Bell were employed, such as those pertaining to any bankruptcy trust claims made in connection with this Fiber Industries plant,

_____ For Request for Production No. 100, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including deposition transcripts and trial exhibits in the *Vonnie K. Agner, et. al v. Fluor Daniel, Inc. et al*. and *Robert F. Bost, et al v. Fluor Daniel, Inc.*, *et al*. cases, in which Plaintiff's counsel was involved,

_____ For Second Set of Requests for Production No. 5, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Donald Bell v. HNA Holdings, Inc.*, Cause 99-CVS-223,

_____ For Second Set of Requests for Production No. 6, Plaintiff's objections in his supplemental response are

stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Donald Bell v. HNA Holdings, Inc.*, Cause No. COA03-1095,

_____ For Second Set of Requests for Production No. 7, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including Export reports produced by Dr. Holstein in *Donald Bell v. HNA Holdings, Inc.*, Cause 99-CVS-223,

_____ For Second Set of Requests for Production No. 8, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including Export reports produced by Dr. Brody in *Donald Bell v. HNA Holdings, Inc.*, Cause 99-CVS-223,

_____ For Second Set of Requests for Production No. 9, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request,

producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Schenk v. HNA Holdings, Inc.*, Cause No. 98CVS2489,

_____ For Second Set of Requests for Production No. 10, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Schenk v. HNA Holdings, Inc.*, Cause No. COA03-1094,

_____ For Second Set of Requests for Production No. 11, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Fink, et al., v. Aqua-Chem, Inc. et al*, Cause No. 1:09-cv-00143,

_____ For Second Set of Requests for Production No. 12, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Young, et al., v. 3M Company et al,* Cause No. 1:13-cv-00864,

_____ For Second Set of Requests for Production No. 13, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Allen v. CBS Corporation et al,*

_____ For Second Set of Requests for Production No. 14, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and

expert reports from *Dry, et al, v. Aqua-Chem, Inc. et al*, Cause No. 1:09-cv-00284-WO-WWD,

_____ For Second Set of Requests for Production No. 15, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Dry et al., v. Aqua-Chem, Inc. et al*, Cause No. 2:09-cv-70124-ER,

_____ For Second Set of Requests for Production No. 16, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Pethel, et al, v. Aqua-Chem, Inc. et al*, Cause No. 1:09-cv-00228-TDS-WWD,

_____ For Second Set of Requests for Production No. 17, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request,

producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Keller v. Avocet Enterprises, Inc., et al.*, Cause No. 1:14-cv-00286-TDS-JLW,

_____ For Second Set of Requests for Production No. 18, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Sutton v. CAN Holdings, Inc. et al,* Cause No. 1:11-cv-00454-WO-LPA,

_____ For Second Set of Requests for Production No. 19, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Allmon, et al v. Aqua-Chem, Inc. et al,* Cause No. 1:09-cv-00341,

_____ For Second Set of Requests for Production No. 20, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Abernathy, et al., v. A.W. Chesterton Company, et al,* Cause No. 1:09-cv-00836-TDS-LPA, and

_____ For Second Set of Requests for Production No. 21, Plaintiff's objections in his supplemental response are stricken and Plaintiff fully respond to the Request, producing all responsive documents, including pleadings, deposition transcripts, trial transcripts, motions, orders, trial exhibits, discovery responses, witness statements, and expert reports from *Strange v. 3M Company et al,* Cause No. 1:10-cv-00008-TDS-LPA.

Plaintiff is ordered to fully comply with the entirety of this order, except as specifically outlined above, on or before __________________, 2020.

SO ORDERED, this _____ day of ___________________, 2020.

________________________________

UNITED STATES MAGISTRATE JUDGE