UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| Lloyd Bell, Individually and as Executor of the Estate of Betty Whitley Bell, Deceased | : : : |
| Plaintiffs, | : File No.: 1:17-cv-00111 : : |
| vs. | : : |
| American International Industries Inc., et al. | : : |
| Defendants. | |

**ORDER**

Upon Motion of the Plaintiff, IT IS HEREBY ORDERED that Plaintiff's Motion to Quash Defendant American International Industries' Subpoena to Produce Documents, Information, or Objects to Northwell Health, Inc. is GRANTED and that Defendant's Notice of Subpoena to Northwell Health, Inc. is hereby QUASHED.

This the ____ day of September, 2020.

_____
PRESIDING JUDGE