IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| LLOYD BELL, Individually and As Executor of the Estate of BETTY WHITLEY BELL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br><br>Defendants. | CASE NO. 1:17-CV-00111 |

**NORTHWELL HEALTH, INC.'s MOTION TO INTERVENE
AND EXTEND PROTECTIVE ORDER**

COMES NOW Northwell Health, Inc. ("Northwell") pursuant to Federal Rule of Civil Procedure 24 and respectfully moves this Court to allow Northwell to intervene in this matter for the sole purpose of seeking an extension of the existing protective order entered in this case on September 25, 2020 ("Protective Order"). Specifically, Northwell seeks extension of the Protective Order to preclude Defendants' counsels from questioning Plaintiff's expert witness, Jacqueline Moline, M.D. ("Dr. Moline"), regarding (1) whether or not Betty Whitley Bell ("Plaintiff") was a subject of Dr. Moline's peer-reviewed publication entitled, "Mesothelioma Associated with the Use of Cosmetic Talc" ("Article"); (2) the specific documentation and other information Dr. Moline reviewed and analyzed related to Plaintiff within the context of the Article; and (3) any conclusions Dr. Moline may have drawn as to the Plaintiff within the context of the Article. Plainly stated, Northwell moves this Court to prevent Defendants' counsels from questioning Dr. Moline about any linkage between Plaintiff and the Article.

As set forth in detail below, it is critical that Dr. Moline not be questioned about, and, therefore, forced to disclose, the identity of any subjects of her research study, *including* Plaintiff. Such questioning, if permitted by the Court, would be contrary to:

1. The Federal Policy for the Protection of Human Subjects, 45 C.F.R. Part 46, Subpart A (or, "The Common Rule");

2. Bedrock Institutional Review Board ("IRB") standards of privacy and confidentiality covering research subjects;

3. The specific IRB approvals that Dr. Moline secured in advance of writing and publishing the Article;

4. Well-established standards and universally accepted norms in the medical research community related to research subjects and anonymity; and

5. Relevant case law affirming privacy and confidentiality requirements for research subjects.

Defendants will not be prejudiced by grant of this Motion and the extension of the Protective Order. Specifically, subject to the Court's rulings to the contrary, Defendants' counsels will still be permitted to generally question Dr. Moline as to the Article and her related methodologies, and/or about information that the Plaintiff has specifically placed in issue in the case.[1] Moreover, if the Court were to find any prejudice to Defendants by grant of this Motion, the alleged prejudice is substantially outweighed by the countervailing legal and policy considerations surrounding the privacy and confidentiality requirements/norms related to research subjects in the medical community.

For the foregoing reasons and those set forth in its accompanying Memorandum of Law, Northwell respectfully requests that the Court grant its Motion.

---

[1] Northwell takes no position on these particular issues for purposes of the Motion.

2

This the 23rd day of December, 2020.

*/s/ John H. Lawrence*
John H. Lawrence
N.C. State Bar No. 45462
Steven G. Pine
N.C. State Bar No. 44705

K&L Gates LLP
430 Davis Drive, Suite 400
Morrisville, NC  27560
Telephone: (919) 466-1112
john.lawrence@klgates.com
steve.pine@klgates.com

ATTORNEYS FOR NORTHWELL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2020, the foregoing Motion was filed via ECF filing, which will serve all counsel of record in the above-referenced matter.

This the 23rd day of December, 2020.

*/s/ John H. Lawrence*
John H. Lawrence
N.C. State Bar No. 45462
Steven G. Pine
N.C. State Bar No. 44705

430 Davis Drive, Suite 400
Morrisville, NC  27560
Telephone: (919) 466-1112
john.lawrence@klgates.com
steve.pine@klgates.com

ATTORNEYS FOR NORTHWELL