IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| LLOYD BELL, Individually and As Executor of the Estate of BETTY WHITLEY BELL, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL INDUSTRIES, et al., <br><br> Defendants. | CASE NO. 1:17-CV-00111 |

**INTERVENER NORTHWELL HEALTH, INC.'S REPLY IN SUPPORT OF REQUEST FOR ORAL ARGUMENT ON NORTHWELL'S MOTION TO <u>INTERVENE AND EXTEND PROTECTIVE ORDER</u>**

Northwell Health Inc. ("Northwell") has requested a telephone conference to discuss its Motion to Intervene and Extend Protective Order ("Northwell's Motion") (ECF No. 258). Pursuant to the Court's minute entry from February 17, 2021, a telephone conference has been set for February 26, 2021 to address all pending motions, including Northwell's Motion. Accordingly, Defendant American International Industries' ("AII") brief in opposition to Northwell's Motion (ECF No. 300) is moot. Under Local Rule 7.3(c)(1), the Court has the discretion to order oral argument on a motion, regardless of whether a party has requested oral argument.

In any event, Northwell's request for a telephone conference does not violate the Local Rules. In AII's Response briefing in opposition to Northwell's Motion (ECF No. 274), AII introduced the argument that Northwell's Motion should be denied because Northwell's confidentiality concerns had all previously been raised by the Plaintiff, and, therefore, Northwell's Motion had already been adequately represented by the Plaintiff. In conjunction with Northwell's

1

reply brief rebutting AII's argument, oral argument will help highlight the differences between Northwell's arguments and the arguments already raised by Plaintiff, and will demonstrate that AII's position is incorrect. However, since this argument was raised by AII in its response briefing, the first timely opportunity for Northwell's to request oral argument in light of AII's response was in conjunction with Northwell's reply briefing. [1]

AII's brief in opposition to Northwell's request for oral argument also attempts to shoehorn in, without leave of Court, a new Sur-Reply argument to Northwell's Motion that is unrelated to Northwell's request for oral argument. AII adds an argument that, because Mrs. Bell is now deceased, the confidentiality concerns Northwell cites to in its Motion are no longer relevant. As an initial matter, there is no reason why AII could not have timely raised this issue in its initial response to Northwell's Motion, and it is not properly raised now in a response to a request for oral argument. In any event, AII's argument is without merit. Northwell required, and Dr. Moline obtained, institutional review board ("IRB") approval for Dr. Moline's research, which contained the confidentiality requirements that spring from the regulations set forth in HHS's Policy for Protection of Human Research Subjects. Whether future research would be subject to similar IRB requirements given that an individual is deceased is irrelevant to the fact that—at the time the research at issue was conducted—IRB approval was required and obtained. Therefore, for the reasons set forth in Northwell's Motion and its associated briefing, Northwell's Motion should be granted.

---

[1] AII also argues that Local Rules were violated because the parties did not meet-and-confer. There is no requirement in the Local Rules that the parties meet-and-confer regarding a request for oral argument.

This the 22nd day of February, 2021.

>*/s/ John H. Lawrence*
>John H. Lawrence
>N.C. State Bar No. 45462
>Steven G. Pine
>N.C. State Bar No. 44705
>
>K&L Gates LLP
>430 Davis Drive, Suite 400
>Morrisville, NC  27560
>Telephone: (919) 466-1112
>john.lawrence@klgates.com
>steve.pine@klgates.com
>
>ATTORNEYS FOR NORTHWELL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2021, the foregoing Reply was filed via ECF filing, which will serve all counsel of record in the above-referenced matter.

This the 22nd day of February, 2021.

*/s/ John H. Lawrence*
John H. Lawrence
N.C. State Bar No. 45462
Steven G. Pine
N.C. State Bar No. 44705

430 Davis Drive, Suite 400
Morrisville, NC 27560
Telephone: (919) 466-1112
john.lawrence@klgates.com
steve.pine@klgates.com

ATTORNEYS FOR NORTHWELL

## CERTIFICATE OF WORD COUNT

This reply brief complies with Local Rule 7.3(d)(1)'s word count limitation. The word count feature on Microsoft Word states that the word count of the counted portions of this brief is 694, within the 3,125 word limit.

<em>/s/ John H. Lawrence</em><br>
John H. Lawrence