# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

LLOYD BELL, Individually and )
As Executor of the Estate of BETTY )
WHITLEY BELL, Deceased, )
                          )
            Plaintiff, )
                          )      CASE  NO. 1:17-CV-00111
      v. )
                          )
AMERICAN INTERNATIONAL )
INDUSTRIES, et al., )
                          )
           Defendants. )

## NORTHWELL HEALTH, INC.'s MOTION TO SEAL

COMES NOW Northwell Health, Inc. ("Northwell") and, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rules 5.4 and 7.2, files this Motion to Seal Northwell's Rule 72(a) Objections to and Appeal from the Magistrate Judge's February 25th 2021 Order (the "Objections"). Northwell's Objections contain confidential and protected information related to the identities of certain human research study subjects and thereby warrant the Court's protection. Northwell intends to redact only those portions of its filings that reveal confidential information disclosing the Plaintiff as a subject of Dr. Moline's peer-reviewed study.

## I.  BACKGROUND & ARGUMENT

Northwell's Objections seek to overturn the Magistrate Judge's February 25, 2021 Order (the "Order") (ECF No. 309), in which the Magistrate Judge denied Northwell's Motion to Intervene and Extend Protective Order (the "Motion") (ECF No. 265). Within the same Order, the Magistrate Judge granted related various Motions to Seal concerning the parties' briefing regarding Northwell's Motion. Northwell's Motion sought an extension of the Protective Order

1

that the Court entered in this case on September 25, 2020 concerning the identity of research subjects in a peer-reviewed article authored by Plaintiff's expert, Jaqueline Moline, M.D. ("Dr. Moline"), entitled, "Mesothelioma Associated with the Use of Cosmetic Talc" ("Article"). Specifically, the Motion requested that the Court extend the Protective Order to cover the Plaintiff's identity as a subject in Dr. Moline's research study and in her Article. The basis for Northwell's Motion is grounded in: (1) The Federal Policy for the Protection of Human Subjects, 45 C.F.R. Part 46, Subpart A (or, "The Common Rule"); (2) bedrock Institutional Review Board ("IRB") standards of privacy and confidentiality covering research subjects; (3) the specific IRB approvals that Dr. Moline secured in advance of writing and publishing the Article; (4) well-established standards and universally accepted norms in the medical research community related to research subjects and anonymity; and (5) relevant case law affirming privacy and confidentiality requirements for research subjects.

Northwell's Objections, like Northwell's Motion, address the same confidential subject matter that Northwell seeks to protect through the Motion, namely, Plaintiff's identity as a subject of the research study. Therefore, filing the Objections under seal is necessary to avoid public disclosure of the information the underlying Motion seeks to protect. As further discussed in the Objections and in the Motion, there is a significant public interest in keeping the identities of research subjects confidential. See e.g., Cusumano v. Microsoft Corp., 162 F.3d 708 (1st Cir. 1998).

For the forgoing reasons, Northwell respectfully requests that the Court grant its Motion and permit the filing under seal of the unredacted documents.

This the 11th day of March, 2021.

/s/ John H. Lawrence
John H. Lawrence
N.C. State Bar No. 45462
Steven G. Pine
N.C. State Bar No. 44705

K&L Gates LLP
430 Davis Drive, Suite 400
Morrisville, NC  27560
Telephone: (919) 466-1112
john.lawrence@klgates.com
steve.pine@klgates.com

ATTORNEYS FOR NORTHWELL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11th, 2021, the foregoing Motion was filed

via ECF filing, which will serve all counsel of record in the above-referenced matter.

This the 11th day of March, 2021.

/s/ John H. Lawrence
John H. Lawrence
N.C. State Bar No. 45462
Steven G. Pine
N.C. State Bar No. 44705

430 Davis Drive, Suite 400
Morrisville, NC  27560
Telephone: (919) 466-1112
john.lawrence@klgates.com
steve.pine@klgates.com

ATTORNEYS FOR NORTHWELL

## CERTIFICATE OF WORD COUNT

This brief complies with Local Rule 7.3's word count limitation. The word count feature on Microsoft Word states that the word count of the counted portions of this brief is 652, within the 6,250 word limit.

*/s/* John H. Lawrence
John H. Lawrence
