```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


LLOYD BELL, individually and    )
as Executor of the Estate of    )
Betty Whitley Bell, Deceased,   )
                                )
          Plaintiff,            )
                                )
     v.                         )        1:17CV111
                                )
AMERICAN INTERNATIONAL          )
INDUSTRIES, et al.,             )
                                )
          Defendants.           )
```

## ORDER

A new motion has put the subject matter of Northwell Health, Inc.'s intervention motion, (Doc. 256), at issue for the second time. That intervention motion was previously denied. (Doc. 354.)

The relevant documents concerning the new motion that might be of interest to Northwell are currently sealed. Considering Northwell's potential standing in relation to the new motion, this court recognizes the possibility of Northwell's continuing interest. As a result, this court believes Northwell should have a fair opportunity to determine whether to file a motion requesting reconsideration of the denial of its intervention motion.

If Northwell wishes to have formal access to the sealed filings, it may file a short motion for reconsideration of the intervention denial within ten days of the filing of this Order. Upon the filing of such a reconsideration motion, Northwell shall become a party of record with access to the sealed filings. Northwell will then have seven days to either withdraw its motion for reconsideration or supplement its motion for reconsideration and concurrently file a response to the relevant motion. The party that made the relevant motion shall then have seven days therefrom to respond to Northwell's motion for reconsideration and Northwell's response to the relevant motion.

The Clerk is directed to serve this Order on counsel who previously filed a notice of appearance on Northwell's behalf. (Doc. 254.)

**IT IS SO ORDERED.**

This the 9th day of June, 2022.

William L. Osteen, Jr.
United States District Judge

- 2 -