IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LLOYD BELL, individually and )
as Executor of the Estate of )
Betty Whitley Bell, Deceased, )
                              )
        Plaintiff,            )
                              )
   v.                         )    1:17-cv-00111
                              )
AMERICAN INTERNATIONAL        )
INDUSTRIES, INC., et al.,     )
                              )
        Defendants.           )

## ORDER

This matter comes before the court upon Defendant American International Industries, Inc.'s ("A-I-I") Motion to Unseal Court Filings, (Doc. 399), filed in response to this court's Memorandum Opinion and Order, (Doc. 398), and pursuant to LR 5.4(e). AII moves the court to unseal documents 181, 182, 201, 202, 212, 220, 222, 232, 236, 258, 259, 262, 265, 267, 274, 275, 284, 300, 305, 309, 318, 320, 330, 331, 335, 340, 350, 352, 368, 369, 373, 377, 380, 391, 392 and 394. No response has been filed to the motion. Having considered the motion, and for good cause shown, this court finds the motion should be granted. The grounds for the unsealing of these documents were previously explained by this court's prior order, (Doc. 398), which is incorporated by reference herein.

**IT IS THEREFORE ORDERED** that Defendant American International Industries, Inc.'s ("A-I-I") Motion to Unseal Court Filings, (Doc. 399), is **GRANTED,** and the Clerk is directed to **UNSEAL** documents 181, 182, 201, 202, 212, 220, 222, 232, 236, 258, 259, 262, 265, 267, 274, 275, 284, 300, 305, 309, 318, 320, 330, 331, 335, 340, 350, 352, 368, 369, 373, 377, 380, 391, 392 and 394.

This the 27th day of October, 2022.

_____
William L. Osteen, Jr.